UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>[1]BRYAN ENRIQUE MARTINEZ-VELEZ;<br>[2]JOSE GONZALEZ-ROSADO,<br>A/K/A "CHEO BOCÓN", "JUAN";<br>[3]MICHAEL ALEXIS SANTIAGO-MELENDEZ;<br>[4]NITZA ENID RODRIGUEZ-FIGUEROA;<br>[5]MILANY CUEBAS-TROCHE,<br><br>Defendants. | INDICTMENT<br><br>CRIMINAL NO. 25-447 (PAD)<br>VIOLATION:<br><br>21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(A)(ii)<br><br>46 U.S.C. §§ 70503(a)(1), 70506(b)<br><br>21 U.S.C. §§ 960(b)(1)(B)(ii)<br><br>(Four Counts & Forfeiture Allegations) |

THE GRAND JURY CHARGES:

COUNT ONE
Conspiracy to Possess with Intent to Distribute Cocaine

Beginning on a date unknown but not later than on or about October 19, 2025, in the District of Puerto Rico, and within the jurisdiction of this Court,

[1]BRYAN ENRIQUE MARTINEZ-VELEZ;
[2]JOSE GONZALEZ-ROSADO A/K/A "CHEO BOCÓN", "JUAN";
[3]MICHAEL ALEXIS SANTIAGO-MELENDEZ;
[4] NITZA ENID RODRIGUEZ-FIGUEROA;
[5] MILANY CUEBAS-TROCHE;

the defendants herein, did knowingly and intentionally combine, conspire, and agree with each other and diverse other persons unknown to the Grand Jury, to commit an offense against the United States, that is, to knowingly and intentionally possess with intent to

distribute and distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance. All in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)(ii).

## COUNT TWO
### Possession with Intent to Distribute Cocaine

On or about October 19, 2025, in the District of Puerto Rico, and within the jurisdiction of this Court,

[1] BRYAN ENRIQUE MARTINEZ-VELEZ;
[2] JOSE GONZALEZ-ROSADO A/K/A "CHEO BOCÓN", "JUAN";
[3] MICHAEL ALEXIS SANTIAGO-MELENDEZ;
[4] NITZA ENID RODRIGUEZ-FIGUEROA;
[5] MILANY CUEBAS-TROCHE;

the defendants herein, did knowingly and intentionally possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance. All in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(ii).

## COUNT THREE
### Conspiracy to Possess with Intent to Distribute a Controlled Substance on Board a Vessel of the United States

Beginning on a date unknown, but not later than October 19, 2025, in the District of Puerto Rico and elsewhere, and within the jurisdiction of this Court,

[1] BRYAN ENRIQUE MARTINEZ-VELEZ;
[2] JOSE GONZALEZ-ROSADO A/K/A "CHEO BOCÓN", "JUAN";
[3] MICHAEL ALEXIS SANTIAGO-MELENDEZ;
[4] NITZA ENID RODRIGUEZ-FIGUEROA;
[5] MILANY CUEBAS-TROCHE;

the defendants herein, knowingly and intentionally combined, conspired, confederated, and agreed together with each other and others known and unknown to the Grand Jury, to possess

with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug-Controlled Substance, on board a vessel of the United States or a vessel subject to the jurisdiction of the United States. All in violation of 46 U.S.C. §§ 70503(a)(1), 70506(b), and 21 U.S.C. § 960(b)(1)(B)(ii).

### COUNT FOUR
### Possession with Intent to Distribute a Controlled Substance on Board a Vessel of the United States

On or about October 19, 2025, in the District of Puerto Rico, elsewhere, and within the jurisdiction of this Court,

[1]BRYAN ENRIQUE MARTINEZ-VELEZ;
[2]JOSE GONZALEZ-ROSADO A/K/A "CHEO BOCÓN", "JUAN";
[3]MICHAEL ALEXIS SANTIAGO-MELENDEZ;
[4] NITZA ENID RODRIGUEZ-FIGUEROA;
[5] MILANY CUEBAS-TROCHE;

the defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury, possessed with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug-Controlled Substance, on board a vessel of the United States or a vessel subject to the jurisdiction of the United States. All in violation of 46 U.S.C. § 70503(a)(1), 21 U.S.C. § 960(b)(1)(B)(ii), and 18 U.S.C. §2.

### NARCOTICS FORFEITURE ALLEGATIONS

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

2. Pursuant to 21 U.S.C. § 853, upon conviction of any of the offenses charged in the Indictment, the defendant shall forfeit to the United States of America any property

3

constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

## MARITIME DRUG LAW ENFORCEMENT FORFEITURE ALLEGATIONS

1. The allegations contained in Counts Three and Four of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 46 U.S.C. § 70507.

2. Pursuant to 46 U.S.C. § 70507, upon conviction of one or more of the Maritime Drug Law Enforcement offenses alleged in counts Three and Four of this Indictment,

[1] BRYAN ENRIQUE MARTINEZ-VELEZ;
[2] JOSE GONZALEZ-ROSADO A/K/A "CHEO BOCÓN", "JUAN";
[3] MICHAEL ALEXIS SANTIAGO-MELENDEZ;
[4] NITZA ENID RODRIGUEZ-FIGUEROA;
[5] MILANY CUEBAS-TROCHE;

the defendants herein, upon conviction of those offenses alleged in those counts, any property described in 21 U.S.C. § 881(a), that is used or intended for use to commit, or to facilitate the commission of, those offenses is subject to forfeiture.

TRUE BILL

W. Stephen Muldrow
United States Attorney

_____
Myriam Y. Fernandez-Gonzalez
Assistant United States Attorney, Chief
Asset Recovery, Money Laundering &
Transnational Organized Crime

FOREPERSON

Date: Oct. 30 2025

_____
María L. Montañez-Concepción
Assistant United States Attorney, Deputy Chief
Asset Recovery, Money Laundering &
Transnational Organized Crime

_____
María Cristina Semanaz-Ojeda
Assistant United States Attorney
Asset Recovery, Money Laundering &
Transnational Organized Crime

5